```
CURTIS LEE WHITE              MARINER FINANCE
1305 N 7TH AVE                ATTN: BANKRUPTCY
LAUREL, MS 39440              8211 TOWN CENTER DRIVE
                              NOTTINGHAM, MD 21236


THOMAS C. ROLLINS, JR.        MERRICK BANK CORP
THE ROLLINS LAW FIRM, PLLC    PO BOX 9201
P.O. BOX 13767                OLD BETHPAGE, NY 11804
JACKSON, MS 39236


1ST FRANKLIN                  MISSISSIPPI TITLE LOAN
2001 HIGHWAY 15 N             211 BROADWAY DR
LAUREL, MS 39440              STE A
                              HATTIESBURG, MS 39401


CARRINGTON MORTGAGE           ONEMAIN FINANCIAL
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
1600 SOUTH DOUGLASS RD        PO BOX 142
STES 110 & 200                EVANSVILLE, IN 47701
ANAHEIM, CA 92806


CREDIT ONE BANK               TOWER LOAN
ATTN: BANKRUPTCY DEPT         ATTN: BANKRUPTCY
6801 CIMARRON RD              PO BOX 320001
LAS VEGAS, NV 89113           FLOWOOD, MS 39232


ELAN FINANCIAL SERVICE        US ATTORNEY GENERAL
CB DISPUTES                   US DEPT OF JUSTICE
SAINT LOUIS, MO 63166         950 PENNSYLVANIA AVENW
                              WASHINGTON, DC 20530-0001


FAMILY CHOICE
1717 GILBREATH DR
LAUREL, MS 39440



INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346



INTERNAL REVENUE SERVI
C/O US ATTORNEY
ETHRIDGE BUILDING
900 JEFFERSON AVE
OXFORD, MS 38655
```