United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50808-KMS |
| Curtis Lee White | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Jun 03, 2025 | Form ID: dn007 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Curtis Lee White, 1305 N 7th Ave, Laurel, MS 39440-2201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Curtis Lee White trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form dn007−prepetcrcounseling (Rev. 11/18)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**                                                    **Case No.:** 25−50808−KMS

                                                                                                                                                **Chapter:** 13

Curtis Lee White  
aka Curtis L White  
1305 N 7th Ave  
Laurel, MS 39440

**To: Debtor and his attorney**, if any:

### Notice of Missing Document

The Debtor must file the following on or before **June 16, 2025**.

- ☑ Certificate of Credit Counseling.
- ☐ Statement/Certification of Exigent Circumstances.
- ☐ Motion and Proposed Order in support of an exemption or waiver from credit counseling.

Failure to comply with this notice may result in dismissal of your bankruptcy case without further notice or hearing.

Dated: June 3, 2025                              Danny L. Miller, Clerk of Court  
                                                Dan M. Russell, Jr. U.S. Courthouse  
                                                2012 15th Street, Suite 244  
                                                Gulfport, MS 39501  
                                                228−563−1790