United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 25-50808-KMS
Curtis Lee White                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                         Page 1 of 3
Date Rcvd: Aug 29, 2025                        Form ID: n031                                 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curtis Lee White, 1305 N 7th Ave, Laurel, MS 39440-2201 |
| cr | + | Bank United N.A., 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| cr | + | Family Choice Financial, Inc. c/o B. Joey Hood, II, PO Box 759, Ackerman, MS 39735-0759 |
| 5517370 | + | 1st Franklin, 2001 Highway 15 N, Laurel, MS 39440-1838 |
| 5522994 | + | B. Joey Hood II, Attorney at Law, PLLC, for Family Choice Financial Inc., - Laurel Branch, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5557165 | #+ | Eric C Miller, Esq., LOGS Legal Group, LLP, Atty for Bank United NA, 579 Lakeland East Drive, Suite D, Flowood, MS 39232-9037 |
| 5517374 | + | Family Choice Financial, Inc. - Laurel Branch, 1717 Gilbreath Drive, Laurel, MS 39440-1804 |
| 5517379 | + | Mississippi Title Loan, 211 Broadway Dr, Ste A, Hattiesburg, MS 39401-5075 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5544967 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 29 2025 19:32:00 | Bank United N.A., C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 5517371 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 29 2025 19:32:00 | Carrington Mortgage, Attn: Bankruptcy, 1600 South Douglass Rd, Stes 110 & 200, Anaheim, CA 92806 |
| 5517372 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 29 2025 19:43:29 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5517375 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2025 19:33:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5517373 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 29 2025 19:33:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 5517454 | + | Email/Text: ebone.woods@usdoj.gov | Aug 29 2025 19:33:00 | Internal Revenue Service, c/o U.S. Attorney S.D. of Miss., 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5542601 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2025 19:43:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5531199 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2025 19:43:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5517377 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 29 2025 19:32:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5517378 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2025 19:43:37 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5528277 | + | Email/Text: BKNC@rlselaw.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: n031 | Total Noticed: 27 |

| | | Aug 29 2025 19:33:00 | Natalie Brown, Esq., Rubin Lublin, LLC, Atty for Bank United, N.A., 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
|---|---|---|---|
| 5529091 | + Email/Text: BKNC@rlselaw.com | Aug 29 2025 19:33:00 | Natalie Kareda Brown, Esq., Rubin Lublin, LLC, Atty for Bank United, N.A., 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5517380 | + Email/PDF: cbp@omf.com | Aug 29 2025 19:43:39 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5528320 | + Email/PDF: cbp@omf.com | Aug 29 2025 19:43:28 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5517381 | Email/Text: bankruptcy@towerloan.com | Aug 29 2025 19:33:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5540024 | + Email/Text: bankruptcy@towerloan.com | Aug 29 2025 19:33:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5527959 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 29 2025 19:33:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5517382 | ^ MEBN | Aug 29 2025 19:29:40 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5517806 | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Aug 29 2025 19:43:35 | U.S. Department of Housing and Urban Development, 77 Forsyth Street SW, Atlanta, GA 30303 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5517376 | *+ | Internal Revenue Servi, c/o US Attorney, Ethridge Building, 900 Jefferson Ave, Oxford, MS 38655-3608 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. c/o B. Joey Hood, II Attorney at Law, PLLC cynthiah@jhoodlaw.com, notices@jhoodlaw.com |

District/off: 0538-6         User: mssbad         Page 3 of 3

Date Rcvd: Aug 29, 2025         Form ID: n031         Total Noticed: 27

David Rawlings

ecfnotices@rawlings13.net  sduncan@rawlings13.net

Eric C Miller

on behalf of Creditor Bank United N.A. logsecf@logs.com

Natalie Kareda Brown

on behalf of Creditor Bank United N.A. nbrown@rlselaw.com
lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr

on behalf of Debtor Curtis Lee White trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  25−50808−KMS
**Chapter:**  13

**In re:**

Curtis Lee White
aka Curtis L White
1305 N 7th Ave
Laurel, MS 39440

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 29, 2025 (Dkt. # 23 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 29, 2025

Danny L. Miller, Clerk of Court