**Fill in this information to identify the case:**

Debtor 1    Curtis Lee White

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Southern Mississippi

Case number   **25-50808**

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank United N.A.                                   **Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 5463

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒   No

☐   Yes. Date of the last notice: ___/____/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 07/15/2025 | (3) | $ 150.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 08/11/2025 | (5) | $ 200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: 410A | 08/11/2025 | (11) | $ 150.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2              Notice of Postpetition Mortgage Fees, Expenses, and Charges              page **1**

| | | | |
|---|---|---|---|
| Debtor 1 | Curtis Lee White | Case number (*if known*) | **25-50808** |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Signature  /s/Mariana Ross                Date  10/31/2025

Print:  Mariana Ross                       Title  Authorized Agent

Company  Liepold Harrison & Associates, PLLC

Address  370 W. Las Colinas Blvd., Suite 220
         Irving, TX 75039

Contact phone  800-349-1254                Email: pcninquiries@lha-law.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

*In Re:*                                                              Case No. 25-50808

**Curtis Lee White**

                                                                      **Chapter 13**

                Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on 10/31/2025, a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.

By: /s/Mariana Ross
Authorized Agent for Bank United N.A.
Liepold, Harrison, and Associates
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

Debtor(s) through the Debtor(s)' Attorney of Record
Curtis Lee White
1305 N 7th Ave
Laurel MS 39440

Debtor(s)' Counsel
Thomas Carl Rollins, Jr
PO BOX 13767
Jackson, MS 39236

Trustee
David Rawlings
P.O. Box 566
Hattiesburg, MS 39403

U.S. Trustee
Office of the U.S. Trustee
501 East Court Street Suite 6-430
Jackson, MS 39201



