United States Bankruptcy Court
Southern District of Mississippi

In re:                              Case No. 25-50808-KMS
Curtis Lee White                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6            User: mssbad            Page 1 of 2
Date Rcvd: Nov 13, 2025     Form ID: pdf012         Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curtis Lee White, 1305 N 7th Ave, Laurel, MS 39440-2201 |
| cr | + | Bank United N.A., 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5544967 | Email/Text: BKBCNMAIL@carringtonms.com | Nov 13 2025 19:29:00 | Bank United N.A., C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025                     Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. c/o B. Joey Hood, II Attorney at Law, PLLC cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Eric C Miller | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Nov 13, 2025 | Form ID: pdf012 | Total Noticed: 3 |

        on behalf of Creditor Bank United N.A. logsecf@logs.com

Natalie Kareda Brown
        on behalf of Creditor Bank United N.A. nbrown@rlselaw.com
        lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr
        on behalf of Debtor Curtis Lee White trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: November 13, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  CURTIS LEE WHITE

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-50808 KMS

## ORDER ON TRUSTEE'S MOTION TO ALLOW SUPPLEMENTAL CLAIM

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Allow the Supplemental Claim (Court Claim No. 10) of Bank United N.A., c/o Carrington Mortgage Services, LLC (Docket No. 27).

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Supplemental Claim is allowed as a Special Claim in the amount of $500.00 and shall be paid pursuant to the provisions of the Confirmed Plan, which is modified in accord herewith, and other orders of the Court, with the Trustee being authorized to adjust the amount of the Plan payment, as needed, to pay said Claim in the time remaining in the Plan.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Debtor is given 30 days from the entry of this Order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

Submitted By:

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net