MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re:

Curtis Lee White aka Curtis L White　　　　　　　　　Case No.  25-50808-KMS

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter:  13

　　　　　Debtor(s)　　　　　/

## Notice of Change of Address for Creditor

<u>Bank United N.A., c/o Carrington Mortgage Services, LLC</u> (Creditor) hereby gives notice of its new address:

**Current Notice Address:**　　　　Carrington Mortgage Services, LLC
*(As shown on matrix)*　　　　　　1600 S. Douglass Road
　　　　　　　　　　　　　　　　　Suites 110 & 220-A
　　　　　　　　　　　　　　　　　Anaheim CA 92806

**New Notice Address:**　　　　　　Carrington Mortgage Services, LLC
　　　　　　　　　　　　　　　　　500 N. State College Blvd.
　　　　　　　　　　　　　　　　　Suites 1030, 1300 & 1400
　　　　　　　　　　　　　　　　　Orange CA 92868

**New Payment Address:**　　　　　Carrington Mortgage Services, LLC
*(If applicable)*　　　　　　　　　500 N. State College Blvd.
　　　　　　　　　　　　　　　　　Suites 1030, 1300 & 1400
　　　　　　　　　　　　　　　　　Orange CA 92868

**Proof of Claim Number(s):**　　　10

**Reason for Change of Address:**　　☐ New Loan Servicer[1]
　　　　　　　　　　　　　　　　　　☒ New Location
　　　　　　　　　　　　　　　　　　☐ Other _____

Prepared By:

Signature: */s/ Tawakoni Hill*　　　　　Address: Liepold Harrison & Assoc., PLLC
Name: Tawakoni Hill　　　　　　　　　　　　　　　370 W. Las Colinas Blvd., Ste. 200
Title:  Authorized Agent for Creditor　　　　　　　Irving TX 75039
Phone No.:   (800) 561-4567

_____
[1] Do not use this form when the proof of claim lists the <u>prior servicer</u> as the creditor (owner of the loan).  Instead, you must file a transfer of claim to transfer the existing claim to the new servicer

MSSB-NCAC (4/24)

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 1/30/2026 addressed to:

Debtor(s):

  Curtis Lee White aka Curtis L White
  1305 N 7th Ave
  Laurel, MS 39440

<u>Tawakoni Hill</u>
Name

<u>*/s/ Tawakoni Hill*</u>
Signature